**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

District of Maryland

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Canton & Company LLC |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 32-0570026 |

4. **Debtor's address**

**Principal place of business**

8100 Sandpiper Cricle
Number   Street

Ste 110

Baltimore    MD    21236
City       State    ZIP Code

Baltimore County
County

**Mailing address, if different from principal place of business**

Number   Street

P.O. Box

City       State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number   Street

City       State    ZIP Code

5. **Debtor's website** (URL)   cantoncompany.com

6. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **Canton & Company LLC**  Case number *(if known)* _____
         Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>  8742 |
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply*:<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes. District _____ When _____ Case number _____<br>                              MM / DD / YYYY<br>         District _____ When _____ Case number _____<br>                              MM / DD / YYYY |
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>         District _____ When _____<br>                              MM / DD / YYYY<br>         Case number, if known _____ |

| | | |
|---|---|---|
| Debtor | Canton & Company LLC | Case number *(if known)*_____ |
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number   Street

_____

_____
City                                                       State   ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Debtor   Canton & Company LLC
         Name                                                       Case number (if known)_____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/12/2023
             MM / DD / YYYY

✗ /s/ Richard (Don) McDaniel, Jr.                    Richard (Don) McDaniel, Jr.
Signature of authorized representative of debtor     Printed name

Title  Manager

**18. Signature of attorney**

✗ /s/ Daniel Staeven                     Date  12/12/2023
Signature of attorney for debtor               MM / DD / YYYY

Daniel Staeven
Printed name

Frost Law
Firm name

839 Bestgate Drive Suite 400
Number      Street

Annapolis                                MD        21401
City                                     State     ZIP Code

410-497-5947                             ann.jordan@askfrost.com
Contact phone                            Email address

27762                                    MD
Bar number                               State

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 4

**Arthur Medel, Esq.**
**1701 Pennsylvania Ave NW**
**Ste. 200**
**Washington, DC 20006**


**Cozen O' Conner**
**One Liberty Place**
**1650 Market St., Ste. 200**
**Philadelphia, PA 19103**


**Custom Binder**
**PO Box 389**
**Addison, IL 60101**


**First National Bank**
**Attn: Legal Dept.**
**3015 Glimcher Blvd.**
**Hermitage, PA 16148**


**Frank Panzarella**
**16 Pine Blvd**
**Cooperstown, NY 13326**


**GreatAmerica Financial Services**
**625 First Street, SE**
**Cedar Rapids, IA 52401**


**Gregory Calvitt**
**5406 Jerseybelle Ct.**
**Ellicott City, MD 21043**


**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101**


**Janessa Company, LLC**
**8986 Chianti Ter**
**Bristow, VA 20136**


**KMM Consulting LLC**
**3119 Pemberton Walk**
**Houston, TX 77025**


**Lohse Consulting LLC**
**5046 Donegal Cliffs Drive**
**Dublin, OH 43017**


**Lori Infeld Co.**
**305 Edgewater Ave**
**Westville, NJ 08093**

NYS Department of Labor
Unemployment Insurance Division
PO Box 4320,
Binghamton, NY 13902


Peter Nolan (EXP)
2848 Falls Rd.
Marcellus, NY 13108


Pitchbook DATA
PO Box 74008609
Chicago, IL 60674


Shamusdesign
3343 Wickshire Lane
Kalamazoo, MI 49009


The Selvin Passen MD Revocable Trust
2101 Love Point Rd
Stevensville, MD 21666


The Selvin Passen, MD Revocable Trust
c/o Selvin Passen, MD, Trustee
2101 Love Point Road
Stevensville, MD 21666


WA Dept of Labor and Industries
PO Box 44171
Yakima, WA 98904

United States Bankruptcy Court
District of Maryland

In re: Canton & Company LLC

Case No.

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 12/12/2023

/s/ Richard (Don) McDaniel, Jr.
Signature of Individual signing on behalf of debtor

Manager
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: Canton & Company LLC

United States Bankruptcy Court for the: District of Maryland

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | First National Bank  Attn: Legal Dept.  3015 Glimcher Blvd.  Hermitage, PA, 16148 | | Monies Loaned / Advanced | Disputed  Unliquidated  Contingent | | | 933,289.24 |
| 2 | First National Bank  Attn: Legal Dept.  3015 Glimcher Blvd.  Hermitage, PA, 16148 | | Monies Loaned / Advanced | Disputed  Unliquidated  Contingent | | | 296,179.18 |
| 3 | The Selvin Passen, MD Revocable Trust  c/o Selvin Passen, MD, Trustee  2101 Love Point Road  Stevensville, MD, 21666 | | Monies Loaned / Advanced | | | | 106,057.91 |
| 4 | The Selvin Passen MD Revocable Trust  2101 Love Point Rd  Stevensville, MD, 21666 | | Monies Loaned / Advanced | | | | 56,823.52 |
| 5 | Frank Panzarella  16 Pine Blvd  Cooperstown, NY, 13326 | | Suppliers or Vendors | | | | 37,500.00 |
| 6 | Lohse Consulting LLC  5046 Donegal Cliffs Drive  Dublin, OH, 43017 | | Suppliers or Vendors | | | | 26,628.00 |
| 7 | KMM Consulting LLC  3119 Pemberton Walk  Houston, TX, 77025 | | Suppliers or Vendors | | | | 19,050.00 |
| 8 | Gregory Calvitt  5406 Jerseybelle Ct.  Ellicott City, MD, 21043 | | Suppliers or Vendors | | | | 19,000.00 |

Debtor  Canton & Company LLC
        Name

Case number (if known)_____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Janessa Company, LLC<br>8986 Chianti Ter<br>Bristow, VA, 20136 | | Suppliers or Vendors | | | | 7,925.00 |
| 10 | Pitchbook DATA<br>PO Box 74008609<br>Chicago, IL, 60674 | | Suppliers or Vendors | | | | 6,825.00 |
| 11 | Arthur Medel, Esq.<br>1701 Pennsylvania Ave NW<br>Ste. 200<br>Washington, DC, 20006 | | Suppliers or Vendors | | | | 5,000.00 |
| 12 | Cozen O' Conner<br>One Liberty Place<br>1650 Market St., Ste. 200<br>Philadelphia, PA, 19103 | | Suppliers or Vendors | | | | 4,424.00 |
| 13 | Shamusdesign<br>3343 Wickshire Lane<br>Kalamazoo, MI, 49009 | | Suppliers or Vendors | | | | 2,000.00 |
| 14 | Lori Infeld Co.<br>305 Edgewater Ave<br>Westville, NJ, 08093 | | Suppliers or Vendors | | | | 945.00 |
| 15 | Custom Binder<br>PO Box 389<br>Addison, IL, 60101 | | Suppliers or Vendors | | | | 910.00 |
| 16 | GreatAmerica Financial Services<br>625 First Street, SE<br>Cedar Rapids, IA, 52401 | | Suppliers or Vendors | | | | 616.00 |
| 17 | NYS Department of Labor<br>Unemployment Insurance Division<br>PO Box 4320,<br>Binghamton, NY, 13902 | | | | | | 203.00 |
| 18 | WA Dept of Labor and Industries<br>PO Box 44171<br>Yakima, WA, 98904 | | | | | | 196.00 |
| 19 | Peter Nolan (EXP)<br>2848 Falls Rd.<br>Marcellus, NY, 13108 | | | | | | 67.00 |
| 20 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

**Fill in this information to identify the case and this filing:**

Debtor Name: Canton & Company LLC

United States Bankruptcy Court for the: District of Maryland

Case number (*If known*): _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/12/2023       ✘ /s/ Richard (Don) McDaniel, Jr.
             MM / DD / YYYY     Signature of individual signing on behalf of debtor

                              Richard (Don) McDaniel, Jr.
                              Printed name

                              Manager
                              Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

# United States Bankruptcy Court

_____ District of Maryland _____

In re  Canton & Company LLC

Case No. _____

**Debtor**

Chapter __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

[ ] FLAT FEE

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $_____

   Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

[✔] RETAINER

   For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $_20,000.00_

   The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . . $_545.00_

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   [✔] Debtor          [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [✔] Debtor          [ ] Other (specify)

4. [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

2004 exams, US Trustee audits, lift stay motions, and non-bankruptcy work.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

12/12/2023

*Date*

/s/ Daniel Staeven, 27762

*Signature of Attorney*

Frost Law

*Name of law firm*

839 Bestgate Drive
Suite 400
Annapolis, MD 21401

UNITED STATES BANKRUPTCY COURT
DISTRICT OF Maryland

In re Canton & Company LLC

Case No. _____
Chapter 11

(Debtor(s))

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Canton & Company LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation(s)' equity interests, or states that there are no entities to report under FRBP 7007:

☐ None [check if applicable]

12/12/2023                                   /s/ Daniel Staeven
Date                                         Statement of attorney or Litigant